# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHILLIP MORRISON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-24-274-SLP ) |
| JOE BIDEN, | ) ) |
| Respondent. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered on April 3, 2024 [Doc. No. 6].  Judge Mitchell recommends denial of the Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 5] and dismissal of this action unless Petitioner pays the $5.00 filing fee.  A review of the Court's docket reveals Petitioner paid the $5.00 filing fee on May 1, 2024.  *See* [Doc. No. 7].  Therefore, the Court adopts the Report and Recommendation and re-refers the matter to the Judge Mitchell for further proceedings.

IT IS SO ORDERED this 13th day of May, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE